IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR224 |
| vs. | ) | |
| | ) | |
| CHRISTOPHER BENNETT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on 12/16/11 [52].

IT IS ORDERED:

1. The request for transcript, filing [52] is granted.

2. Christine Bennett, is ordered to pay to the Clerk of Court the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference.   Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 5/23/14.   A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: August 11, 2014.

BY THE COURT:

s/ *Richard G. Kopf*
United States Senior District Judge