IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:13CR224 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| CHRISTOPHER BENNETT, | |
| Defendant. | |

Defendant Christopher Bennett appeared before the court on Monday, May 9, 2016 on a Petition for Warrant or Summons for Offender Under Supervision [59]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Ryan M. Lindberg. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 27, 2016 at 10:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 9th day of May, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge